**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Elva V. Green   **Case/AP Number** 10-17617 **-FJB**

**Chapter** 7

Doc# 13 Motion filed by Creditor HSBC Bank USA, National Association, as Trustee for Relief from Stay Re: 152 Blue Hill Avenue, Milton, Massachusetts, 02186

**COURT ACTION:**

_____Hearing held

_____Granted    _____ Approved    _____Moot

_____Denied    _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Movant is hereby granted relief from the automatic stay to exercise its rights as to the property.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 8/16/2010

Frank J. Bailey
United States Bankruptcy Judge